IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID WILSON                                                                                 PLAINTIFF

v.                  NO. 3:19-cv-00129 DPM/PSH

NANCY A. BERRYHILL, Acting Commissioner              DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff David Wilson has filed an application to proceed in the district court without prepaying fees or costs, a submission the Clerk of the Court has construed as a motion for leave to proceed in forma pauperis. See Docket Entry 1. The Court has reviewed the motion and finds that although plaintiff has substantial assets, he also has substantial debts and financial obligations. The motion is granted, and he may proceed without the prepayment of fees or costs or the giving of security. The Clerk of the Court shall issue summons to plaintiff, and plaintiff shall serve the appropriate parties.

DATED this 2nd day of May, 2019.

                                                                   UNITED STATES MAGISTRATE JUDGE