IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID WILSON                                                                               PLAINTIFF

v.                             No. 3:19-cv-129-DPM

ANDREW SAUL, Commissioner,
Social Security Administration                                                     DEFENDANT

## JUDGMENT

Wilson's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 April 2020